# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN J. KEENAN | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 09-mj-00009-LTM<br>USM No.<br>Pro se<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) One

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 U.S.C. § 1733(2) and<br>43 C.F.R. § 8365.1-2(b) | Left personal property, to wit: 1990 Jeep Cherokee,<br>unattended longer than 10 days without authorization | 01/10/2009 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 100.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1502

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
Montrose, CO

03/09/2009
_Date of Imposition of Judgment_

_Signature of Judge_

Laird T. Milburn    Magistrate Judge
_Name and Title of Judge_

03/11/2009
_Date_